# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VILLA RIVIERA CLUB, INC.,**

        **Plaintiff,**

**v.**                               **Case No:   6:18-cv-798-Orl-31TBS**

**LEXINGTON INSURANCE COMPANY,**

        **Defendant.**

_____

# ORDER

This cause comes before the Court on Defendant's Amended Motion to Compel Appraisal and Stay Litigation (Doc. 6) filed May 29, 2018.

On June 26, 2018, the United States Magistrate Judge issued a report (Doc. 13) recommending that the motion be granted.  The parties filed a Joint Notice of Non-Objection on June 29, 2018 (Doc. 15).   Therefore, it is

**ORDERED** as follows:

1.      The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.      The Defendant's Amended Motion to Compel Appraisal and Stay Litigation is **GRANTED**.

3.      The Court will separately enter its own version of the proposed order, adding the modifications recommended in the Report and Recommendation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 6, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party